UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80098-CIV-MARRA/JOHNSON

MARIO GARGUILO, on behalf of
himself and those similarly situated,

    Plaintiff,

v.

GOLD STAR TOWING, INC.,
a Florida Corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 8]. The Court has carefully reviewed the court file and is otherwise fully advised in the premises

The parties have represented to the Court that Plaintiff has been paid in full on the claim under the Fair Labor Standards Act. Therefore he has received all the relief to which he is entitled under that Act and the Court finds that the settlement agreement is fair and reasonable under <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    This case is **DISMISSED** with prejudice.

2.    Any and all pending motions are hereby **DENIED AS MOOT**.

3. The Clerk of the Court shall enter this case **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _27_ day of June 2008.

                                                                                 *Daniel T. K. Hurley* for
                                                                                FOR KENNETH A. MARRA
                                                                                UNITED STATES DISTRICT JUDGE